1  Craig Schloss (SBN 102488)
   COZEN O'CONNOR
2  501 West Broadway, Suite 1610
   San Diego, CA 92101
3  Telephone: 619.234.1700
   Facsimile: 619.234.7831
4
   Angelo G. Savino (*pro hac vice* pending)
5  Jonathan Toren (*pro hac vice* pending)
   COZEN O'CONNOR
6  999 Third Avenue, Suite 1900
   Seattle, WA 98104
7  Telephone: 206.340.1000
   Facsimile: 206.621.8783
8
   Attorneys for Plaintiff
9  NAVIGATORS INSURANCE
   COMPANY
10

11

12              UNITED STATES DISTRICT COURT

13             SOUTHERN DISTRICT OF CALIFORNIA

14

15 NAVIGATORS INSURANCE            )  Case No.: __'19CV914  WQHWVG__
   COMPANY,                        )
16                                 )  **COMPLAINT FOR
          Plaintiff,               )  DECLARATORY JUDGMENT**
17                                 )
          vs.                      )
18                                 )
   BARLEAN'S ORGANIC OILS, LLC,    )
19                                 )
          Defendant.               )
20                                 )

21       Plaintiff Navigators Insurance Company (hereinafter "Plaintiff" or

22 "Navigators"), by and through its undersigned counsel, files this Complaint for

23 Declaratory Judgment against Defendant Barlean's Organic Oils, LLC (hereinafter

24 "Defendant" or "Barlean"), and in support hereof alleges as follows:

25 / / /

26 / / /

27 / / /

28
                                    -1-                          Case No.
                   COMPLAINT FOR DECLARATORY JUDGMENT
                              LEGAL\40771968\2

COZEN O'CONNOR
501 WEST BROADWAY, SUITE 1610
SAN DIEGO, CA 92101

COZEN O'CONNOR
501 WEST BROADWAY, SUITE 1610
SAN DIEGO, CA 92101

## NATURE OF THE ACTION

1.     Navigators brings this action for declaratory relief pursuant to 28 U.S.C. §2201 et. seq. seeking a judicial declaration that it has no duty to defend or indemnify Barlean for the claim asserted by Cory Brannon in various correspondence and in a lawsuit currently pending in this District (Case No. 3:18-cv-1619-BTM-MDD) (the "Brannon Claim").

## PARTIES

2.     Plaintiff Navigators Indemnity Company is a New York corporation with its principal place of business in Stamford, Connecticut.

3.     Defendant Barlean's Organic Oils, LLC is a Washington Limited Liability Company with its principal place of business in Ferndale, Washington.

## JURISDICTION AND VENUE

4.     This action is brought pursuant to 28 USC §§ 2201 and 1332. Plaintiff is a citizen of Connecticut and New York, and Defendant is a citizen of Washington.

5.     An actual controversy of a justiciable nature exists between Plaintiff and Defendant regarding the existence of insurance coverage for the Brannon Claim.

6.     The amount in controversy with respect to the Plaintiff's claim for relief exceeds the jurisdictional amount of Seventy-Five Thousand Dollars ($75,000) exclusive of costs and interest.

7.     Venue is appropriate in the United States District Court for the Southern District of California under 28 U.S.C. § 1391(b)(2) because the Brannon Claim is pending in this District.

## THE BRANNON CLAIM

8.     Barlean manufactures and sells nutritional supplements.

-2-                                    Case No.
COMPLAINT FOR DECLARATORY JUDGMENT
LEGAL\40771968\2

COZEN O'CONNOR
501 WEST BROADWAY, SUITE 1610
SAN DIEGO, CA 92101

1    9.    On or about June 14, 2017, Barlean received a letter from attorney

2  Naomi Spector on behalf of her client, Cory Brannon, and "similarly situated

3  consumers" (the "6/14/2017 Demand Letter").  The 6/14/2017 Demand Letter

4  asserted that Barlean was in violation of the California Consumer Legal Remedies

5  Act.  It stated: "This is a demand letter and must be forwarded to the appropriate

6  party for immediate resolution."  The 6/14/2017 Demand Letter is attached hereto

7  as **Exhibit A.**

8    10.    The 6/14/2017 Demand Letter alleged that Barlean made

9  misrepresentations in its advertising and labeling of Barlean's Greens Supplement

10  Powder regarding that product's health benefits.  The  6/14/2017 Demand Letter

11  alleged that the claimed health benefits are unsubstantiated and also false because

12  the product contained lead, a chemical known to cause reproductive harm and

13  cancer.

14    11.    On or about May 17, 2018, Barlean received another letter from Ms.

15  Spector containing substantially similar allegations and demands (the "5/17/2018

16  Demand Letter").  The 5/17/2018 Demand Letter is attached hereto as **Exhibit B.**

17    12.    Also on May 17, 2018, Brannon, through counsel Naomi Spector,

18  filed a Class Action Complaint against Barlean in this District (Case No. 3:18-cv-

19  0981-BEN-WVG) (the "5/17/2018 Complaint").  This action was voluntarily

20  dismissed on June 22, 2018.  The 5/17/2018 Complaint is attached hereto as

21  **Exhibit C.**

22    13.    On July 17, 2018, Brannon, through counsel Naomi Spector, filed

23  another, substantially similar Class Action Complaint against Barlean in this

24  District (Case No. 3:18-cv-1619-BTM-MDD) (the "7/17/2018 Complaint").  This

25  action remains pending.  The 7/17/2018 Complaint is attached hereto as **Exhibit D**.

26    14.    The 7/17/2018 Complaint—just like the 6/14/2017 Demand Letter,

27  the 5/17/2018 Demand Letter, and the 5/17/2018 Complaint—alleges that Barlean

28

-3-                                    Case No.
COMPLAINT FOR DECLARATORY JUDGMENT
LEGAL\40771968\2

COZEN O'CONNOR
501 WEST BROADWAY, SUITE 1610
SAN DIEGO, CA 92101

1  made misrepresentations about the health effects of its Barlean's Greens

2  Supplement Powders. According to the 7/17/2018 Complaint, Barlean's statements

3  were misleading because the health effects were unsubstantiated and because the

4  products contained lead. The 7/17/2018 Complaint contains five causes of action:

5  (1) unfair and unlawful business acts and practices; (2) deceptive advertising

6  practices; (3) violation of the Consumer Legal Remedies Act; (4) breach of express

7  warranty; and (5) quasi-contract.

8  ## FIRST NOTICE TO NAVIGATORS

9       15.    On or about August 16, 2018, Barlean tendered the 7/17/2018

10 Complaint to Navigators and sought a defense of that proceeding. This was the

11 first notice received by Navigators of the Brannon Claim.  Navigators thereafter

12 requested additional information and was provided copies of the 6/14/2017

13 Demand Letter and the 5/17/2018 Demand Letter.  Additional investigation

14 revealed the existence of the 5/17/2018 Complaint.

15 ## THE POLICY

16      16.    Navigators issued Policy No. CH18DOL337875IV (the "Policy") to

17 Barlean for the Policy Period of June 1, 2018 to June 1, 2019.  The Policy is

18 attached hereto as **Exhibit E**.

19      17.    The Policy was the first insurance policy ever issued by Navigators to

20 Barlean.

21      18.    As is relevant to this matter, and subject to its further terms,

22 conditions and exclusions, the Policy provides certain coverage to Barlean for

23 "**Loss**" which Barlean is "legally obligated to pay as a result of a **Claim** first made

24 against it during the **Policy Period**."

25      19.    The Policy further provides as follows:

26           All **Claims** involving the same **Wrongful Act** or **Related**
            **Wrongful Acts** of one or more **Insureds** will be considered a
27           single **Claim**, and will be deemed to have been made on the

28

-4-                                          Case No.
COMPLAINT FOR DECLARATORY JUDGMENT
LEGAL\40771968\2

earlier of the following dates: (1) the earliest date on which any such **Claim** was first made; or (2) the earliest date on which any such **Wrongful Act** or **Related Wrongful Acts** was reported under this Policy or any other policy providing similar coverage.

20.    **Related Wrongful Acts** are defined as "**Wrongful Acts** which are logically or causally connected by reason of any common fact, circumstance, situation, transaction, event or decision."

21.    **Claim** is defined, in relevant part, as a "written demand for monetary or non-monetary relief made against any **Insured**" or a "civil, criminal, administrative or arbitration proceeding brought against any **Insured** seeking monetary or non-monetary relief and commenced by the service of a complaint or similar pleading, the return of an indictment or criminal information, or the receipt or filing of notice of charges or similar document."

## COUNT I – DECLARATORY JUDGMENT

22.    Navigators incorporates the allegations contained in Paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23.    An actual controversy exists between Navigators and Barlean as to whether the Policy provides any coverage with respect to the Brannon Claim.

24.    The 6/14/2017 Demand Letter, the 5/17/2018 Demand Letter, the 5/17/2018 Complaint and the 7/17/2018 Complaint all involve the same **Wrongful Act** or **Related Wrongful Acts**.  Accordingly, they constitute a single claim first made no later than June 14, 2017.

25.    Therefore, the Brannon Claim was not first made during the Policy Period of the Policy, as required for coverage.

26.    For the same reason, Navigators has no duty to defend or indemnify Barlean with respect to the Brannon Claim.

/ / /

/ / /

Case No.
COMPLAINT FOR DECLARATORY JUDGMENT
LEGAL\40771968\2

COZEN O'CONNOR
501 WEST BROADWAY, SUITE 1610
SAN DIEGO, CA 92101

COZEN O'CONNOR
501 WEST BROADWAY, SUITE 1610
SAN DIEGO, CA 92101

1    WHEREFORE, Navigators respectfully requests that this Court enter

2    judgment in its favor and against Barlean as follows:

3    (1)    Declaring that Navigators has no duty to defend Barlean with respect

4           to the Brannon Claim, including the 6/14/2017 Demand Letter, the

5           5/17/2018 Demand Letter, the 5/17/2018 Complaint and the

6           7/17/2018 Complaint, and the associated legal proceedings;

7    (2)    Declaring that Navigators has no duty to indemnify Barlean with

8           respect to the Brannon Claim;

9    (3)    Declaring that Navigators is entitled to recover its reasonable costs

10          and expenses, including attorney's fees; and

11   (4)    For such other and further relief as the Court deems proper.

12

13   Dated:    May 14, 2019            COZEN O'CONNOR

14

15

16                                     By:*/s/ Craig Schloss*
                                          Craig Schloss
                                          Angelo G. Savino
17                                        Jonathan Toren
                                          Attorneys for Plaintiff
18                                        NAVIGATORS INSURANCE
                                          COMPANY

19

20

21

22

23

24

25

26

27

28

-6-                                                    Case No.
COMPLAINT FOR DECLARATORY JUDGMENT
LEGAL\40771968\2